| | |
|---|---|
| 1 | THAD A. DAVIS (SBN 220503) |
| | thad.davis@ropesgray.com |
| 2 | ROCKY C. TSAI (SBN 221452) |
| | rocky.tsai@ropesgray.com |
| 3 | ROPES & GRAY LLP |
| | Three Embarcadero Center, Ste 300 |
| 4 | San Francisco, California  94111-4006 |
| | Tel:    (415) 315- 6300 |
| 5 | Fax:    (415) 315-6350 |
| 6 | HARVEY J. WOLKOFF |
| | harvey.wolkoff@ropesgray.com |
| 7 | MARK P. SZPAK |
| | mark.szpak@ropesgray.com |
| 8 | LARA A. ORAVEC |
| | lara.oravec@ropesgray.com |
| 9 | ROPES & GRAY LLP |
| | Prudential Tower, 800 Boylston Street |
| 10 | Boston, MA  02199-3600 |
| | Tel:    (617) 951-7606 |
| 11 | Fax:    (617) 235-0215 |
| 12 | Attorneys for Defendants |
| | SONY COMPUTER ENTERTAINMENT AMERICA LLC |
| 13 | SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE THOMPSON, | Case No.    3:11-cv-02340-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER T~~O VACATE CASE~~ RESETTING** |
| v. | **MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC, and SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, | Judge:  Hon. Edward M. Chen |
| Defendants. | |

## STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least sixty-two (62) putative class action lawsuits, including this lawsuit, to date;

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters before a single district court, to which multiple responses, including the Sony Defendants' response, have been filed to date and are under submission before the JPML, with a hearing date of July 28, 2011;

WHEREAS, the current date of the initial Case Management Conference ("CMC") in this case is August 24, 2011 and certain other deadlines are set forth in the Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, the parties have agreed that it is in the best interests of all parties to vacate the CMC and associated deadlines in this case in order to facilitate the scheduling of this matter in coordination with the schedule for the motion and hearing before the JPML;

NOW, THEREFORE, all parties, by and through their respective counsel, hereby stipulate for an order as follows:

In light of the motion for centralization pending before the JPML, the CMC and all associated deadlines, including those set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, in the above-entitled action shall be vacated and further pretrial and scheduling matters shall be addressed by the transferee judge following centralization or, in the event such motion for centralization is denied, the defendants will notify the Court within a reasonable time thereafter, so that the Court may at that time issue a revised case schedule.

| | | |
|---|---|---|
| Dated: July 27, 2011 | | VAHN ALEXANDER<br>FARUQI & FARUQI LLP |
| | By: | /s/ Vahn Alexander/s/   [as authorized]<br>Vahn Alexander |
| | | Attorneys for Plaintiff<br>GEORGE THOMPSON |
| Dated: July 27, 2011 | | HARVEY WOLKOFF<br>THAD A. DAVIS<br>ROCKY C. TSAI<br>ROPES & GRAY LLP |
| | By: | /s/ Rocky C. Tsai /s/<br>Rocky C. Tsai |
| | | Attorneys for Defendants<br>SONY COMPUTER ENTERTAINMENT AMERICA LLC<br>and<br>SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC |

### [PR~~OPO~~SED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The CMC is reset from 9/16/11 to 1/27/12. A joint CMC statement shall be filed by 1/20/12.

Dated: 7/28/11    By: _____
U.S. District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*